UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SHAWN LUCHINSKI,

       Plaintiff,

  v.                                 Case No. 15-C-28

MICHAEL THURMER,
Warden, Waupun Correctional Institution, et al

       Defendants.

## ORDER DENYING MOTION TO COMPEL

    Pro se plaintiff, Shawn Luchinski, has filed a motion to compel discovery. The motion will be denied because plaintiff has failed to certify that he has conferred with the other party in good faith in an effort to obtain the discovery sought without court action. *See* Civil Local Rule 37. It will also be denied because plaintiff fails to indicate what information he is seeking that has not been provided. Attached to plaintiff's motion is the defendant's response to plaintiff's first set of interrogatories. While many of the interrogatories and requests for production have been responded to, many more are overly broad and seek information outside the scope of discovery. Unless plaintiff details what specific information he believes he is entitled to that the defendant has not provided after a good faith effort to confer and resolve the dispute, he is not entitled to relief. Accordingly, the motion is denied.

    **SO ORDERED** this   11th   day of September, 2015.

                                        s/ William C. Griesbach
                                        William C. Griesbach, Chief Judge
                                        United States District Court